154 A.3d 684

STATE OF NEW JERSEY, PLAINTIFF, v. BERNARD A. VALENTIN (A/K/A VALENTINE BERNARD A.), DEFENDANT. STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ALTONIO WILLIAMS (A/K/A ASA FANN, ATONIOY WILLIAMS, ANTONIO FANN, ANTHONY A. WILLIAMS, SHY GUY, ALTONIA D. WILLIAMS), DEFENDANT-PETITIONER.

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-98/327-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.